IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01915-BNB

EARL JOSEPH LOOSE, a.k.a. EARL CROWNHART,

Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO,
BILL OWENS,
KEN COLE, and
JOHNA BASSI,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 12 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On October 6, 2010, Mr. Crownhart, a state prisoner who currently is incarcerated at the Colorado Mental Health Institute in Pueblo, Colorado, was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). The Court instructed Mr. Crownhart to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. The Court warned Mr. Crownhart that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

Mr. Crownhart now has failed to pay the filing fee within the time allowed. The Complaint and the action, therefore, will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice because Mr. Crownhart failed to pay the $350.00 filing fee in full within the time allowed. It is

FURTHER ORDERED that Mr. Crownhart's Motion to Amend Petition (Doc. No. 11) is Denied as moot.

DATED at Denver, Colorado, this 12<u>th</u> day of <u>November</u>, 2010.

BY THE COURT:

*[signature]*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01915-BNB

Earl Joseph Loose
a.k.a. Earl Joseph Crownhart
Prisoner No. 113771
CMHIP
1600 W. 24th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/12/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk