**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01915-ZLW

EARL JOSEPH LOOSE, a.k.a. EARL CROWNHART,

      Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO,
BILL OWENS,
KEN COLE, and
JOHNA BASSI,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

      The motion to amend (Doc. No. 14) filed by Plaintiff on November 30, 2010, is DENIED as inappropriate.  This case was dismissed by an order and a judgment filed on November 12, 2010.  Any further inappropriate filings in this action will be stricken.

Dated:  December 3, 2010