**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01915-ZLW

EARL JOSEPH LOOSE, a.k.a. EARL CROWNHART,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO,
BILL OWENS,
KEN COLE, and
JOHNA BASSI,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Petition to File as Amendment Under § 1983 195 Prisoner's Complaint" (Doc. No. 21), filed on January 14, 2011, will not be considered and is DENIED because Plaintiff has filed a notice of appeal. The Court generally is divested of jurisdiction over aspects of the case involved in the appeal.

Dated:  January 18, 2011