**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01915-ZLW

EARL JOSEPH LOOSE, a.k.a. EARL CROWNHART,

    Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO,
BILL OWENS,
KEN COLE, and
JOHNA BASSI,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the Plaintiff's motion titled "Pursuant to Title 27 Article 65 C.R.S. (a)(b) and 27-12-106(2) C.R.S." (Doc. No. 25) filed on March 31, 2011. This case was dismissed by an Order filed on November 21, 2010, and United States Court of Appeals issued a Mandate on January 26, 2011, dismissing Plaintiff's appeal. Therefore, the Plaintiff's motion is DENIED as inappropriate.

    Dated:  April 4, 2011