**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01915-ZLW

EARL JOSEPH LOOSE, a.k.a. EARL CROWNHART,

    Plaintiff,

v.

PEOPLE OF THE STATE OF COLORADO,
BILL OWENS,
KEN COLE, and
JOHNA BASSI,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff filed a "Motion to File Pursuant to 27-12-106 C.R.S." (Doc. No. 27) on April 11, 2011. The motion is DENIED as inappropriate. This case was dismissed by an order and a judgment filed on November 12, 2010. Furthermore, the United States Court of Appeals issued a Mandate on January 26, 2011 dismissing Plaintiff's appeal. Any further inappropriate filings in this action will be stricken.

Dated: April 14, 2011